# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>              Plaintiff(s),<br><br>vs.<br><br>MIDJIT MARKET, INC.,<br><br>              Defendant(s). | Case No. 2:17-cv-00411-JCM-NJK<br><br>**ORDER** |

      Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

      IT IS SO ORDERED.

      Dated: February 10, 2017

                                                      NANCY J. KOPPE<br>                                                      UNITED STATES MAGISTRATE JUDGE